**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KELLI RENEE BARRETT FITCH,   } | |
| *Plaintiff(s)*   } | |
| } | |
| v.   } | CIVIL ACTION NO. H-03-1686 |
| } | |
| NORMAN D. MORROW, in his   } | |
| individual capacity,   } | |
| *Defendant(s)*   } | |

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order of this date, the Court granted Defendant's motion for summary judgment in all respects. Accordingly, the Court hereby enters final judgment in favor of Defendant Norman Morrow. Plaintiff Kelli Renee Barrett Fitch is to bear all costs of action.

**SIGNED** at Houston, Texas, this 1st day of August, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE